UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN W. DUNIGAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>　　　　　Defendants. | No. 2:19-cv-2501 WBS-AC<br><br>Court of Appeals No. 20-15723<br><br>ORDER |

----oo0oo----

This matter is before the court on referral from the Ninth Circuit for the limited purpose of determining whether in forma pauperis status should continue for defendant on appeal or whether the appeal is frivolous or taken in bad faith. For the following reasons, the court finds that the appeal is frivolous.

In screening plaintiff's complaint under 28 U.S.C. 1915A(a), Magistrate Judge Allison Claire found that the allegations in the complaint failed to present plausible factual allegations or legally coherent theories of liability

1

establishing a claim for relief.  As Judge Claire pointed out, the complaint named ninety-six defendants, including individuals and both private and government entities; spanned over one hundred pages, not including exhibits; and appeared to be a jumble of multiple other filings.  The complaint did not state any claims against any of the defendants. Instead it was comprised primarily of citations to various statutes, rules, and Bible verses.

To the extent the complaint made any allegations, they were rambling, nearly incomprehensible accusations of a far-reaching conspiracy by "homosexual liberals" to subject plaintiff to psychological abuse for "the purposes of gas lighting plaintiff's mental stability" and to punish him "for not accepting their criminal homosexual lifestyle" because of "plaintiff's own personal religious fundamental beliefs against homosexuality."

Plaintiff also made general allegations that former and current governors Brown and Newsom conspired with California Department of Corrections and Rehabilitation administration to arbitrarily deny his inmate appeals and prevent him from going to the law library so that he is unable to reveal political corruption and "in order to give the media time to abuse the subliminal messaging system too [sic] gain access in the . . . new universal Christ Kingdom although the media's prime intent is to aid the plight of the corrupt homosexual liberal democratic progressive movement."

Plaintiff appeared to go on to allege that he is the sovereign ruler of the universal Christ Kingdom and that these

2

actions are an attempt to take over his throne, and that there have been attempts to murder him by housing him "with gay inmate operatives."

Accordingly, Judge Claire recommended that the complaint be dismissed as legally frivolous.  Judge Claire also recommended that the dismissal be without leave to amend because, given the nature of plaintiff's claims, there was no way for plaintiff to amend to state a claim upon which could be granted and leave to amend would be futile.  (Docket No. 18).  This court agreed and adopted the Magistrate Judge's Findings and Recommendations in full.  (Docket No. 22).

For the foregoing reasons, this court concludes that plaintiff's appeal is frivolous and that forma pauperis status should not continue for defendant on appeal.  A copy of this Order shall be delivered by the Clerk of this court to the Clerk of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  April 24, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3