1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN DUNIGAN,                          No. 2:19-cv-2501 WBS AC P

12              Plaintiff,

13       v.                                  ORDER

14   CDCR, et al.,

15              Defendants.

16

17       Plaintiff has filed a motion to stay the proceedings in this case. ECF No. 34. However,

18   this action was closed and judgment was entered on March 26, 2020. ECF Nos. 22, 23.

19       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay, ECF No. 34, is

20   DENIED as moot.

21   DATED: June 2, 2021

22                                           _____
                                             ALLISON CLAIRE
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28