UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

         Plaintiff,

    v.

CDCR, et al.,

         Defendants.

No.  2:19-cv-2501 WBS AC P

ORDER

     By order filed March 26, 2020, this action was dismissed, ECF No. 22, and judgment was entered the same day, ECF No. 23.  On June 3, 2021,[1] plaintiff filed an amended petition for writ of error coram nobis.  The motion is incomprehensible and fails to identify any grounds for relief.

     Accordingly, IT IS HEREBY ORDERED that petitioner's amended motion for writ of error coram nobis, ECF No. 37, is denied.  Any further such motions shall be disregarded.

Dated:  June 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Duni2501.850

---

[1] Since plaintiff is a prisoner proceeding pro se, he is afforded the benefit of the prison mailbox rule.  Houston v. Lack, 487 U.S. 266, 276 (1988).

1