UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNIGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2501 WBS AC P<br><br><br><u>ORDER</u> |

　　On June 23, 2022, plaintiff filed a document styled as a motion for stayed release that is incomprehensible and fails to identify any grounds for relief. ECF No. 41. This civil rights action was closed on March 26, 2020, ECF Nos. 22, 23, and the appeal was dismissed as frivolous on September 18, 2020, ECF No. 31. The motion is therefore disregarded, and plaintiff is advised that the filing of any further documents will be disregarded and no orders will issue in response to future filings.

　　IT IS SO ORDERED.

DATED: June 28, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE